FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANFORD R., <br>     Plaintiff, <br>     v. <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | No. 2:18-cv-00113-SAB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On March 20, 2019, Magistrate Judge Mary K. Dimke issued a Report and Recommendation to Deny Plaintiff's Motion for Summary Judgment and to Grant Defendant's Motion for Summary Judgment. ECF No. 20. No timely objections to the Report and Recommendation were filed.

//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** Magistrate Judge Dimke's Report and Recommendation, ECF No. 20, in its entirety.

2. Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED**.

3. Defendant's Motion for Summary Judgment, ECF No. 18, is **GRANTED**.

4. The decision of the ALJ is **affirmed**. The District Court Executive is directed to enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 11th day of April 2019.

Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**